```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

THERMON V. RATLIFF JR.          §
                                §
VS.                             §  CIVIL ACTION NO.4:06-CV-160-Y
                                §
MICHAEL J. ASTRUE,              §
Commissioner of                 §
Social Security                 §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On November 16, 2006, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the Commissioner") denying plaintiff Thermon Ratliff's claim for disability benefits under Title II and supplemental security income benefits under Title XVI of the Social Security Act be affirmed. The magistrate judge's order gave all parties until December 6 to serve and file with the Court written objections to his proposed findings.

Subsequently, Ratliff filed his objections, asking the Court to reject the magistrate judge's findings. The Commissioner did not file a response.

After carefully reviewing the findings, record, case law, and Ratliff's objections, applying a *de novo* standard of review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Therefore, the Commissioner's decision is AFFIRMED.

SIGNED May 17, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/flg                                    2